### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

---

ISIDRO NUNEZ RUEDA                    CIVIL ACTION NO. 26-0361

VERSUS                                JUDGE ALEXANDER C. VAN HOOK

BRIAN ACUNA, ET AL.                   MAGISTRATE JUDGE LEBLANC

---

### ORDER

Considering the foregoing Motion for Voluntary Dismissal of Habeas Petition,

**IT IS ORDERED** that the motion is **GRANTED**. All claims of Petitioner, Isidro Nunez Rueda, against Defendants, Brian Acuna, Todd Lyons, Kristi Noem, Pamela Bondi and Warden of Winn Correctional Center, are **DISMISSED WITHOUT PREJUDICE**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 24th day of April, 2026.

_____
**ALEXANDER C. VAN HOOK**
**UNITED STATES DISTRICT JUDGE**